JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

JUDGE FRANK MONTALVO

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Isela Lopez

**DEFENDANTS**
CAMBRIA ASSISTED LIVING, EMERITUS SENIOR LIVING, EMERITUS AT CAMBRIA, EMERITUS CORPORATION

(b) County of Residence of First Listed Plaintiff _____
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

EP09CV0339

(c) Attorney's (Firm Name, Address, and Telephone Number)
Byron Calderon, 1801 N. Stanton, El Paso, TX 79902 (915) 533-6078

Attorneys (If Known)
William L. Davis, Rachel D. Ziolkowski, Jackson Lewis LLP, 3811 Turtle Creek Blvd. Suite 500, Dallas, TX 75219 (214) 520-2400

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| | | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☒ 442 Employment / **Habeas Corpus:** | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - Alien Detainee | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights / ☐ 555 Prison Condition | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
42 U.S.C. Section 1332
Brief description of cause:
National origin discrimination/retaliation case pursuant to Chapter 21 of the Texas Labor Code

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ _____
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE 9/17/09
SIGNATURE OF ATTORNEY OF RECORD [signature]

**FOR OFFICE USE ONLY**
RECEIPT # CR   AMOUNT 350   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

#300003246.

# jackson | lewis

Attorneys at Law

Rachel D. Ziolkowski, Esq.
Board Certified – Labor and Employment Law
Texas Board of Legal Specialization

Representing Management Exclusively in Workplace Law and Related Litigation

| Jackson Lewis LLP | ALBANY, NY | GREENVILLE, SC | MORRISTOWN, NJ | PORTSMOUTH, NH |
|---|---|---|---|---|
| 3811 Turtle Creek Boulevard | ALBUQUERQUE, NM | HARTFORD, CT | NEW ORLEANS, LA | PROVIDENCE, RI |
| Suite 500 | ATLANTA, GA | HOUSTON, TX | NEW YORK, NY | RALEIGH-DURHAM, NC |
| Dallas, Texas 75219 | BIRMINGHAM, AL | JACKSONVILLE, FL | OMAHA, NE | RICHMOND, VA |
| Tel 214 520-2400 | BOSTON, MA | LAS VEGAS, NV | ORANGE COUNTY, CA | SACRAMENTO, CA |
| Fax 214 520-2008 | CHICAGO, IL | LONG ISLAND, NY | ORLANDO, FL | SAN DIEGO, CA |
| www.jacksonlewis.com | CLEVELAND, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SAN FRANCISCO, CA |
| | DALLAS, TX | MEMPHIS, TN | PHOENIX, AZ | SEATTLE, WA |
| | DENVER, CO | MIAMI, FL | PITTSBURGH, PA | STAMFORD, CT |
| | DETROIT, MI | MINNEAPOLIS, MN | PORTLAND, OR | WASHINGTON, DC REGION |
| | | | | WHITE PLAINS, NY |

*RECEIVED SEP 18 2009 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY _____ DEPUTY CLERK*

September 17, 2009

**Via Federal Express**
Mr. William G. Putnicki
U.S. District Clerk's Office
511 East San Antonio Ave., Room 219
El Paso, Texas 79901

        Re: *Isela Lopez v. Cambria Assisted Living, Emeritus Senior Living, Emeritus at Cambria and Emeritus Corporation*
        **In the United States District Court for the Western District of Texas, El Paso Division**

Dear Mr. Putnicki:

  We enclose for filing in the above-referenced matter the original plus two copies of the following:

1. *Defendant's Notice of Removal;*
2. *Civil Cover Sheet;*
3. *Supplemental Civil Cover Sheet;* and
4. *Defendant's Disclosure Statement.*

  We also enclose our firm check in the amount of $350.00 for the filing fee. Please return file-stamped copies of the enclosed in the self-addressed, stamped envelope provided for your convenience. By copy of this letter, copies of the enclosed have been forwarded to all counsel of record via certified mail, return receipt requested.

  Thank you for your assistance. If you have any questions, please call.

        Very truly yours,

        JACKSON LEWIS LLP

        Rachel D. Ziolkowski

RDZ:eh
Enclosures